IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RABECCAH MOESER, Individually and
As Mother and Next Friend of H.M.
And H.M., Minors,

    Plaintiffs,

v.                          12-CV-01278-DRH-DGW

MICHAEL C. PATRICK,
And
LAND AIR EXPRESS, INC.,

    Defendants.

## ORDER

**HERNDON, Chief Judge:**

    Pending before the Court is the parties stipulation of dismissal with prejudice (Doc. 30).  Pursuant to the stipulation, the Court **DISMISSES with prejudice** this cause of action with each party to bear its own costs.  Further the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

    **IT IS SO ORDERED.**

    Signed this 16th day of May, 2013.

Digitally signed by
David R. Herndon
Date: 2013.05.16
13:11:46 -05'00'

Chief Judge
United States District Court