UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**RABECCAH MOESER**, *Individually and as Mother and Next Friend of Hannah Moeser and Halee Moeser, Minors,*

     **Plaintiff,**

v.

**MICHAEL C. PATRICK, and
LAND AIR EXPRESS, INC.,**

     **Defendants.**                                   No. 12-cv-1278-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court pursuant to the Stipulation of Dismissal filed on May 16, 2013.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered on May 16, 2013, this case is **DISMISSED** with prejudice.

                                NANCY J. ROSENSTENGEL,
                                CLERK OF COURT

                                BY:     /s/*Sara Jennings*
                                            Deputy Clerk

**Dated:** May 20, 2013

Digitally signed by
David R. Herndon
Date: 2013.05.20
11:45:20 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT